**No. 09-1145. Millie Max, Petitioner v. Republican Committee of Lancaster County, et al.**

560 U.S. 925, 130 S. Ct. 3328, 176 L. Ed. 2d 1221, 2010 U.S. LEXIS 4303.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 587 F.3d 198.